# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>            Plaintiff,<br><br>v.<br><br>KEVIN POWELL; MARYAM NOVBAKHTIAN; JAMES ANTHONY OKEEFE; and Does 1-10,<br><br>            Defendants. | Case: 2:16-cv-02188-MCE-GGH<br><br>**ORDER OF DISMISSAL** |

In accordance with the parties Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: February 7, 2017

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE